Mark H. Anania
Kristen M. Harvilla
**STEVENS & LEE**
510 Carnegie Center Drive, Suite 400
Princeton, NJ 08540
Tel: 609-243-9111
mark.anania@stevenslee.com
kristen.harvilla@stevenslee.com

Christopher Joyce, Esq. (*pro hac vice*)
Caryn Peterson, Esq. (*pro hac vice*)
George Kennett, Esq. (*pro hac vice*)
**Flannery | Georgalis, LLC**
1621 Euclid Avenue, Floor 20
Cleveland, Ohio 44115
Tel: (216) 367-2120
cjoyce@flannerygeorgalis.com
cpeterson@flannerygeorgalis.com
gkennett@flannerygeorgalis.com

*Attorneys for Defendant GV Art and Design LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEAM BEANS, L.L.C.,<br>D/B/A FOREVER COLLECTIBLES,<br><br>Plaintiff,<br><br>v.<br><br>GV ART AND DESIGN LLC,<br><br>Defendant. | **NOTICE OF MOTION TO DISMISS OR TRANSFER PLAINTIFF'S COMPLAINT**<br><br>C.A. No. 2:25-cv-17274-BRM-JBC<br><br>Motion Day: May 4, 2026 |

TO: Anne B. Sekel
Emily Ostreich
Kunal D. Makhey
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on May 4, 2026 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant GV Art and Design, LLC ("GV Art") will move before the Honorable Brian R. Martinotti, U.S.D.J., at the Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Courtroom PO 01, Newark, NJ 07102, for entry of an order dismissing or transferring Plaintiffs' Complaint pursuant to an exception to the first-filed rule, an exercise of this Court's discretion under the Declaratory Judgment Act, or a transfer analysis under § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, GV Art will rely on its supporting Memorandum of Law, the Declaration of Christopher Joyce, and the Declaration of George Vlosich III, submitted herewith, together with any papers it may submit in reply to any opposition filed.

**PLEASE TAKE FURTHER NOTICE** that GV Art requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order accompanies this motion.

Respectfully submitted,

Dated: March 27, 2026

s/*Mark H. Anania*

Mark H. Anania
Kristen M. Harvilla
**STEVENS & LEE**
510 Carnegie Center Drive, Suite 400
Princeton, NJ 08540
Tel: 609-243-9111
mark.anania@stevenslee.com
kristen.harvilla@stevenslee.com

Christopher Joyce, Esq. (*pro hac vice*)
Caryn Peterson, Esq. (*pro hac vice*)
George Kennett, Esq. (*pro hac vice*)
**Flannery | Georgalis, LLC**
1621 Euclid Avenue, Floor 20
Cleveland, Ohio 44115
Tel: (216) 367-2120
cjoyce@flannerygeorgalis.com
cpeterson@flannerygeorgalis.com
gkennett@flannerygeorgalis.com

*Attorneys for Defendant GV Art and Design LLC*

**CERTIFICATE OF SERVICE**

Mark H. Anania, hereby certifies that on this date the foregoing Notice of Motion to Dismiss or Transfer Plaintiff's Complaint and supporting documents have been served upon all counsel of record via electronic case filing.

*s/ Mark H. Anania*
Mark H. Anania

Date: March 27, 2026